**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **KIMBERLY JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO:** 3:17-cv-3-TBR |
| | ) | |
| **JEFFERSON COUNTY** | ) | |
| **BOARD OF EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Kimberly Johnson ("Johnson"), by counsel, against Defendant, Jefferson County Board of Education ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.* and the Kentucky Civil Rights Act.

### II. PARTIES

2. Johnson was a resident of the Commonwealth of Kentucky, who at all times relevant to this action resided within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Western District of Kentucky.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. § 1343; and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on Luttrell's state law claims pursuant to 28 U.S.C. §1367 because her state law claims arise from the same common nucleus of operative facts as his federal law claims and all of his claims form a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" as that term is defined by KRS 344.030(2) and 42 U.S.C. §2000e(b).

7. Johnson is an "employee" as that term is defined by KRS 344.030(5) and 42 U.S.C. §2000e(f).

8. Johnson satisfied her obligation to exhaust her administrative remedies having timely filed Charges of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendants alleging discrimination based on race. Johnson received the required Notice of Suit Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

10. Johnson is African-American.

11. She was hired by Defendant in or about 1999.

12. She has served as a Career Planner, Professional Educator and Teacher. Most recently, she has served as a Goal Clarity Coach.

13. At all relevant times, Johnson met or exceeded Defendant's legitimate performance expectations.

14. Throughout 2014, Johnson applied for several promotions, yet she was denied the positions in favor of a non-African-American. Specifically, she applied for approximately 15 Assistant Principal positions, 3 Principal positions, a Specialist II position and a position as a Title I Component Specialist. In most instances, Defendant selected a non-African American who was less qualified or had less seniority than Johnson.

15. In January 2015, Johnson filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission alleging that she had been denied promotions by Defendant because of her race.

16. Throughout 2015, Johnson continued to apply for and be denied promotions. Specifically, she applied for approximately 15 Assistant Principal positions; all but three of the positions were given to Caucasians. Johnson also applied for one of two available Assistant Director of Student Due Process positions; both positions were given to Caucasians.

17. Throughout 2016, Johnson continued to apply for and be denied promotions. Specifically, she applied for approximately 16 Assistant or Associate Principal positions and a Principal position; again, it is believed that the majority, if not all of these positions were given to Caucasians.

18. Defendant has engaged in a pattern and practice of not promoting African-Americans at the same rate as they promote non-African Americans.

## V. CAUSES OF ACTION

### COUNT I: RACE DISCRIMINATION

19. Johnson hereby incorporates paragraphs one (1) through fifteen (15) of her Complaint.

20. Defendant denied Johnson one or more promotions due to her race.

21. Defendant's actions were willful, intentional and in reckless disregard of Johnson's rights as protected by Title VII of the Civil Rights Act of 1964 and the Kentucky Civil Rights Act.

22. Johnson suffered damages as a result of Defendant's unlawful actions.

### COUNT II: RETALIATION

23. Johnson hereby incorporates paragraphs one (1) through twenty-two (22) of her Complaint.

24. Defendant denied Johnson one or more promotions because she had engaged in protected activity.

25. Defendant's actions were willful, intentional and in reckless disregard of Johnson's rights as protected by Title VII of the Civil Rights Act of 1964 and the Kentucky Civil Rights Act.

26. Johnson suffered damages as a result of Defendant's unlawful actions.

## VI. Requested Relief

WHEREFORE, Plaintiff, Kimberly Johnson, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. Promote Johnson to the position, salary, and seniority level she would have enjoyed but for Defendants' unlawful actions; and/or payment to Johnson of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of Title VII and the KCRA;

5. Punitive damages for Defendant's violations of Title VII;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: _/s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Kimberly Johnson

**DEMAND FOR JURY TRIAL**

Plaintiff, Kimberly Johnson, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: _/s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

Attorneys for Plaintiff, Kimberly Johnson