**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **KIMBERLY JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:17-cv-3-TBR** |
| | ) | |
| **JEFFERSON COUNTY BOARD OF EDUCATION,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE**

1. The following persons participated in a Rule 26(f) conference on February 16, 2017: Krista A. Willike, representing Plaintiff, and Dana L. Collins, representing Defendant.

**BRIEFLY DESCRIBE CLAIMS:** Plaintiff alleges that Defendant discriminated against her on the basis of her race when she was denied promotions.

2. Pre-Discovery Disclosures (Fed. R. Civ. P. 26(a)(1)): Initial disclosures will be exchanged on or before March 10, 2017.

3. Discovery Plan. The parties propose this discovery plan:

(a) Discovery will be needed on the issues raised in Plaintiff's Complaint.
(b) All discovery shall be completed by December 22, 2017.
(c) The parties will follow the applicable Rules of Civil Procedure with regard to the maximum number of interrogatories by each party to another party, along with the dates responses are due unless otherwise agreed upon by the parties.
(d) The parties will follow the applicable Rules of Civil Procedure with regard to the maximum number of requests for admission by each party to another party, along with the dates responses are due.
(e) The maximum number of depositions allowed by each party is 8.
(f) No deposition shall last longer than 8 hours.
(g) Identify experts and compliance with Fed. R. Civ. P. 26(a)(2): From Plaintiffs by: August 23, 2017; From Defendant by: September 22, 2017.
(h) The parties shall supplement all disclosures and responses as required by Fed. R. Civ. P. 29(e) within a reasonable time but no later than: November 30, 2017.

4. Other items:

   (a) The parties do not believe a scheduling conference will be helpful now in this case.
   (b) The parties would like a settlement conference: August 2017.
   (c) Joinder(s) of additional parties and amendment of pleadings by July 28, 2017 for Plaintiff.
   (d) Joinder(s) of additional parties and amendment of pleadings by August 28, 2017 for Defendant.
   (e) Dispositive motions shall be filed by January 31, 2018.
   (f) Prospects for settlement are: This case may have settlement potential after the parties have had the opportunity to complete initial discovery.
   (g) The parties feel that mediation in this matter may be helpful after the parties have had the opportunity to complete initial discovery.
   (h) The parties shall supplement all disclosures and responses as required by Fed. R. Civ. P. 26(a)(3), including final witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists, by December 8, 2017.
   (i) The parties have until December 22, 2017 to file objections relating to the parties' Rule 26(a)(3) disclosures.
   (j) This case should be ready for trial by April 2018 and is anticipated to last three (3) days. A jury trial has been requested.
   (k) Other matters.

5. The parties would like a pre-trial conference in March 2018.

6. The parties have discussed and **do not agree** to referral of this case to the United States Magistrate Judge, pursuant to Title 28 U.S.C. Section 636(c) and Rule 73 of the Federal Rules of Civil Procedure and LR 73.1.

AGREED TO BY:

/s/ Dana L. Collins (w/ permission)
Dana L. Collins
MIDDLETON REUTLINGER
2600 Brown & Williamson Tower
401 South Fourth Street Louisville, Kentucky 40202

*Counsel for Defendant*

/s/ Krista A. Willike
Krista A. Willike
Biesecker, Dutkanych & Macer, LLC
101 N. Seventh Street
Louisville, KY 40202

*Counsel for Plaintiff*

Dated: February 20, 2017.